JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA DELGADO, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>OWENS CORNING ROOFING AND ASPHALT, LLC, a limited liability company; GEORGE STEVERSON, an individual; JARED GAVIOLA, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.  2:25-cv-01166-JLS (PDx)<br><br>ORDER GRANTING JOINT STIPULATION TO REMAND (Doc. 11) |

After reviewing the Parties' Joint Stipulation (Doc. 11) and finding good cause, IT IS HEREBY ORDERED that the matter, *Melissa Delgado v. Owens Corning Roofing and Asphalt, LLC, et al.*, United States District Court Central District of California, Case Number 2:25-cv-01166-JLS, is hereby remanded to Los Angeles County Court, Case No. 25STCV02053.

Date: March 14, 2025

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE